**No. 67251.**—Falcon Sales Co. *v.* United States, protests 60/19692 and 61/8802 (Galveston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67252.**—New York Merchandise Co., Inc. *v.* United States, protest 60/10499 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature knickknacks similar in all material respects to those the subject of Abstract 66106, the claim of the plaintiff was sustained.

**No. 67253.**—B. Shackman & Co., Inc. *v.* United States, protests 61/20908 and 62/3541 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Old Timer's Sets" similar in all material respects to those the subject of Abstract 66106, the claim of the plaintiff was sustained.

**No. 67254.**—E. C., Ltd. *v.* United States, protest 61/7759 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of penknives similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.